# EXHIBIT "A"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CHRISTOPHER NYREROD, an individual,

E-FILED
2/24/2022 2:32 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
22CV395254
Reviewed By: P. Hernandez
Envelope: 8364622

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Santa Clara Superior Courthouse
191 North First Street
San Jose, CA 95113

CASE NUMBER: 22CV395254
*(Número del Caso)*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christopher M. Lovasz, Esq. (SBN 303120)        (562) 424-3293
Consumer Legal Services, P.C.
2330 Long Beach Blvd., Long Beach, CA 90806

DATE: 2/24/2022 2:32 PM       Clerk of Court       Clerk, by  P. Hernandez , Deputy
*(Fecha)*                                           *(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT A - 6

E-FILED
2/24/2022 2:32 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
22CV395254
Reviewed By: P. Hernandez

**CONSUMER LEGAL SERVICES, P.C.**
Christopher M. Lovasz, Esq. (SBN 303120)
Charles J. Lee, Esq. (SBN 266753)
2330 Long Beach Boulevard
Long Beach, California 90806
Telephone: (562) 424-3293
Facsimile: (562) 595-1849

Attorneys for Plaintiff,
CHRISTOPHER NYREROD

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SANTA CLARA

22CV395254

| | |
|---|---|
| CHRISTOPHER NYREROD, an individual, | CASE NO.: |
| Plaintiff, | Assigned for all purposes to: Dept.: |
| v. | **COMPLAINT FOR DAMAGES:** |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | 1. Breach of Express Warranty under the Song-Beverly Consumer Warranty Act |
| Defendant. | **JURY TRIAL DEMANDED** |

1

**PLAINTIFF** CHRISTOPHER NYREROD hereby alleges and complains as follows:

### GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1. Plaintiff is an individual, residing in the City of Palo Alto, County of Santa Clara, in the State of California.

2. Defendant BMW OF NORTH AMERICA, LLC (hereinafter referred to as "Manufacturer") is a limited liability company doing business in the County of Santa Clara, State of California, and, at all times relevant herein, was/is engaged in the manufacture, sale, distribution, and/or importing of BMW motor vehicles and related equipment.

3. Before May 14, 2020, the Manufacturer manufactured and/or distributed into the stream of commerce a new **2020 BMW M2, VIN: WBS2U7C09L7F86836** (hereinafter referred to as the "Vehicle") for its eventual sale/purchase in the State of California.

4. On or about May 14, 2020, Plaintiff purchased, for personal, family, and/or household purposes, the Vehicle for a total consideration of $71,441.13.

5. The Vehicle was/is a "new motor vehicle" under the Song-Beverly Consumer Warranty Act ("Song-Beverly").

6. Along with the purchase of the Vehicle, Plaintiff received written warranties and other express warranties from the Manufacturer; that the Vehicle would conform to the promises and affirmations of fact made; that the Manufacturer would perform any repairs, alignments, adjustments, and/or replacements of any parts necessary to ensure that the Vehicle was repaired in material and workmanship; that the Manufacturer would maintain the utility of the Vehicle for four years or 50,000 miles pursuant to the basic warranty, four years or 50,000

miles pursuant to the drivetrain warranty, and would conform the Vehicle to the applicable express warranties. (A copy of the written warranty is in the possession of the Manufacturer).

7. Plaintiff has duly performed all the conditions on Plaintiff's part under the express warranties given to plaintiff, except insofar as the acts and/or omissions of the Manufacturer as alleged herein, prevented and/or excused such performance.

8. Plaintiff has delivered the Vehicle to the Manufacturer's authorized service and repair facilities on several separate occasions resulting in the Vehicle being out of service by reason of repair of nonconformities. Repair Orders/Invoices are in the possession of the Manufacturer.

9. By way of example, and not by way of limitation, the defects, malfunctions, misadjustments, and/or nonconformities with Plaintiff's Vehicle include the following: bumper replacement, brake defects, window issues, abnormal cracking/rattling sounds, electrical issues, A/C malfunctions, door defects, brakes replacement, door trim clips replacement, and door panel issues, among other concerns.

10. Each time Plaintiff delivered the nonconforming Vehicle to the Manufacturer-authorized service and repair facility, Plaintiff notified the Manufacturer of the defects, malfunctions, misadjustments, and/or nonconformities existent with the Vehicle and demanded that the Manufacturer or its authorized service and repair facility repair, adjust, and/or replace any necessary parts to conform the Vehicle to the applicable warranties.

///

11.     Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-authorized service and repair facility, the Manufacturer represented to Plaintiff that they could and would conform the Vehicle to the applicable warranties, that in fact they did conform the Vehicle to said warranties, and that all the defects, malfunctions, misadjustments, and/or nonconformities have been repaired; however, Manufacturer failed to conform the Vehicle to the applicable warranties because said defects, malfunctions, misadjustments, and/or nonconformities continue to exist even after a reasonable number of attempts to repair was given.

## FIRST CAUSE OF ACTION

### (Breach of Express Warranty under Song-Beverly Consumer Warranty Act against Manufacturer)

12.     Plaintiff realleges each and every paragraph (1-11) and incorporates them by this reference as though fully set forth herein.

13.     An express limited warranty accompanied the Vehicle. The limited warranty provided the Manufacturer would repair or adjust all parts found to be defective in factory-supplied materials or workmanship.

14.     Even though the express warranty provided to Plaintiff limited Plaintiff's remedy to repair and/or replace any defective parts, the Vehicle's defects have rendered the limited warranty ineffective to the extent the limited remedy of repair and/or adjustment of defective parts failed of its essential purpose. Special circumstances exist here to cause an exclusive and limited remedy to fail of its essential purpose because the Vehicle experienced and continues

4

to experience defects and non-conformities which the Manufacturer is unable to fix in spite of its assurances.

15. After the Plaintiff purchased the Vehicle, Plaintiff discovered that the Vehicle had defects and problems and that it did not perform as the Manufacturer has promised and warranted. In spite of repeated and reasonable opportunities to fix and continued assurances that the Vehicle would be fixed, the Manufacturer has been unable to repair the defective Vehicle which continues to breakdown.

16. The Vehicle had defects, malfunctions, misadjustments, and/or nonconformities covered by the warranty that substantially impaired its value, use, or safety to Plaintiff.

17. Plaintiff delivered the Vehicle to Manufacturer or its authorized repair facilities for repair.

18. Manufacturer failed to service or repair the Vehicle to match the written warranty after a reasonable number of opportunities to do so.

19. The acts and/or omissions of Manufacturer in failing to perform the proper repairs, part replacements, and/or adjustments, to conform the Vehicle to the applicable express warranties constitute a breach of the express warranties that the Manufacturer provided to Plaintiff, thereby breaching the Manufacturer's obligations under Song-Beverly.

20. The Manufacturer failed to perform the necessary repairs and/or service in good and workmanlike manner. The actions taken by the Manufacturer were insufficient to make the Vehicle conform to the express warranties and/or proper operational characteristics of like Vehicles, all in violation of Manufacturer's obligations under Song-Beverly.

5

EXHIBIT A - 11

21. As a result of the acts and/or omissions of Manufacturer and pursuant to the provisions of the Song-Beverly, Plaintiff is entitled to replacement of the Vehicle or restitution of the amount actually paid or payable under the contract, at Plaintiff's election, plus prejudgment interest thereon at the legal rate. Plaintiff will seek leave of Court to amend this Complaint to set forth the exact amount of restitution and interest, upon election, when that amount has been ascertained.

22. Additionally, as a result of the acts and/or omissions of Manufacturer and pursuant to Song-Beverly, Plaintiff has sustained and is entitled to consequential and incidental damages in amounts yet to be determined, plus interest thereon at the legal rate. Plaintiff will seek leave of the court to amend this complaint to set forth the exact amount of consequential and/or incidental damages, when those amounts have been ascertained.

23. The Manufacturer failed to promptly replace the Vehicle or make restitution to Plaintiff.

24. As a direct result of the acts and/or omissions of the Manufacturer and in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to Song-Beverly, Plaintiff, in addition to other remedies, is entitled to the recovery of his attorneys' fees based upon actual time expended and reasonably incurred, in connection with the commencement and prosecution of this action.

///

///

///

WHEREFORE, Plaintiff prays for judgment against the Manufacturer as follows:

ON ALL CAUSES OF ACTION

1. For an order declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;
2. For a full refund of entire purchase price paid by Plaintiff for the Vehicle;
3. For cancellation of Plaintiff's retail installment contract and payment in full to creditor on any balance;
4. For an adequate and sufficient sum to indemnify Plaintiff from any and all losses or liabilities;
5. For the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it been as warranted;
6. For restitution, according to proof;
7. For incidental damages, according to proof;
8. For consequential damages, according to proof;
9. For rescission of all the purchase contracts;
10. For all remedies provided for in Cal. Comm. Code " 2601, 2603, 2604, 2608, 2616, 2701, 2711-17, 2719-23;
11. For costs of suit and expenses, according to proof;
12. For costs of repairs necessary to make the Vehicle conform to the express warranties;
13. For pre-judgment interest at the legal rate;

7

14. For a civil penalty as provided in Song-Beverly, in an amount not to exceed two times the amount of Plaintiff's actual damages;

15. For actual attorney's fees, costs, and expenses, reasonably incurred;

16. For such other relief the Court deems just and proper.

Date: 2/23/22

Respectfully submitted,
CONSUMER LEGAL SERVICES, P.C.

By: _____

Christopher M. Lovasz, Esq.
Charles J. Lee, Esq.
Attorneys for Plaintiff,
CHRISTOPHER NYREROD

8

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Christopher M. Lovasz, Esq. (SBN 303120)<br>Consumer Legal Services, P.C.<br>2330 Long Beach Blvd.<br>Long Beach, CA 90806<br>TELEPHONE NO.: (562)424-3293   FAX NO. *(Optional):* (562)595-1849<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name):* Christopher Nyrerod | **Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 2/24/2022 2:32 PM<br>Reviewed By: P. Hernandez<br>Case #22CV395254<br>Envelope: 8364622** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 North First Street<br>MAILING ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, 95113<br>BRANCH NAME: Santa Clara Superior Courthouse | |
| CASE NAME:<br>Christopher Nyrerod v. BMW of North America, LLC | |

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount demanded exceeds $25,000) | [ ] Limited<br>(Amount demanded is $25,000) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 22CV395254 |
| | | | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   - [ ] Auto (22)
   - [ ] Uninsured motorist (46)
   
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   - [ ] Asbestos (04)
   - [ ] Product liability (24)
   - [ ] Medical malpractice (45)
   - [ ] Other PI/PD/WD (23)
   
   **Non-PI/PD/WD (Other) Tort**
   - [ ] Business tort/unfair business practice (07)
   - [ ] Civil rights (08)
   - [ ] Defamation (13)
   - [ ] Fraud (16)
   - [ ] Intellectual property (19)
   - [ ] Professional negligence (25)
   - [ ] Other non-PI/PD/WD tort (35)
   
   **Employment**
   - [ ] Wrongful termination (36)
   - [ ] Other employment (15)

   **Contract**
   - [X] Breach of contract/warranty (06)
   - [ ] Rule 3.740 collections (09)
   - [ ] Other collections (09)
   - [ ] Insurance coverage (18)
   - [ ] Other contract (37)
   
   **Real Property**
   - [ ] Eminent domain/Inverse condemnation (14)
   - [ ] Wrongful eviction (33)
   - [ ] Other real property (26)
   
   **Unlawful Detainer**
   - [ ] Commercial (31)
   - [ ] Residential (32)
   - [ ] Drugs (38)
   
   **Judicial Review**
   - [ ] Asset forfeiture (05)
   - [ ] Petition re: arbitration award (11)
   - [ ] Writ of mandate (02)
   - [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   - [ ] Antitrust/Trade regulation (03)
   - [ ] Construction defect (10)
   - [ ] Mass tort (40)
   - [ ] Securities litigation (28)
   - [ ] Environmental/Toxic tort (30)
   - [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
   
   **Enforcement of Judgment**
   - [ ] Enforcement of judgment (20)
   
   **Miscellaneous Civil Complaint**
   - [ ] RICO (27)
   - [ ] Other complaint *(not specified above)* (42)
   
   **Miscellaneous Civil Petition**
   - [ ] Partnership and corporate governance (21)
   - [ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):* ONE
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 02/23/2022

Christopher M. Lovasz, Esq.
(TYPE OR PRINT NAME)                                                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std 3.10<br>*www.courts.ca.gov* |

EXHIBIT A - 15

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET          CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

EXHIBIT A - 16

P. Hernandez

ATTACHMENT CV-5012

**CIVIL LAWSUIT NOTICE**                                     22CV395254
Superior Court of California, County of Santa Clara     CASE NUMBER:_____
*191 North First St., San José, CA 95113*

> **PLEASE READ THIS ENTIRE FORM**

**PLAINTIFF** (the person suing):   Within 60 days after filing the lawsuit, you must serve each Defendant with the *Complaint, Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

---

**DEFENDANT** (The person sued):  **You must do each of the following to protect your rights:**

1. You must file a **written response** to the *Complaint, using the proper legal form or format*, in the Clerk's Office of the Court, within **30 days** of the date you were served with the *Summons* and *Complaint*;
2. You must serve by mail a copy of your written response on the Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

   **Warning:  If you, as the Defendant, do not follow these instructions, you may automatically lose this case.**

---

**RULES AND FORMS:**  You must follow the California Rules of Court and the Superior Court of California, County of Santa Clara Local Civil Rules and use proper forms.  You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 201 North First Street, San José (408-882-2900 x-2926).

- State Rules and Judicial Council Forms:  www.courts.ca.gov/forms.htm and www.courts.ca.gov/rules.htm
- Local Rules and Forms:  www.scscourt.org

**CASE MANAGEMENT CONFERENCE (CMC):**  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

   **You or your attorney must appear at the CMC.**  You may ask to appear by telephone – see Local Civil Rule 8.

---

Your Case Management Judge is: _____Takaichi, Drew C_____ Department: __2__

The 1st CMC is scheduled for:  (Completed by Clerk of Court)
              Date: 7-19-22 _____   Time: 1:130 PM _____ in Department: __2__

The next CMC is scheduled for:  (Completed by party if the 1st CMC was continued or has passed)
              Date: _____  Time: _____ in Department:_____

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR):**  If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.scscourt.org or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

**WARNING:**  Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

EXHIBIT A - 17

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jeeho H. Lim, Esq. (SBN 297365)<br>Consumer Legal Services, P.C.<br>2330 Long Beach Blvd.<br>Long Beach, CA 90806<br>TELEPHONE NO.: (562)424-3293  FAX NO. (Optional): (562)595-1849<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Christopher Nyrerod | **Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 3/18/2022 4:06 PM<br>Reviewed By: A. Rodriguez<br>Case #22CV395254<br>Envelope: 8548188** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 North First Street<br>MAILING ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, 95113<br>BRANCH NAME: Santa Clara Superior Courthouse | |
| PLAINTIFF/PETITIONER: Christopher Nyrerod<br><br>DEFENDANT/RESPONDENT: BMW of North America, LLC | CASE NUMBER:<br>22CV395254 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Notice of Assignment

3. a. Party served *(specify name of party as shown on documents served):*
   
   BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   
   Sarai Marin - CT Corporation - Agent for Service of Process

4. Address where the party was served:
   CT Corporation -330 N. Brand Blvd, Suite 700, Glendale, California 91203

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 03/18/22   (2) at *(time):* 10:34 a.m.
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.
   
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

EXHIBIT A - 18

| PLAINTIFF/PETITIONER: Christopher Nyrerod | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BMW of North America, LLC | 22CV395254 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company
      under the following Code of Civil Procedure section:
      - ☒ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: Jeeho H. Lim, Esq.
   b. Address: 2330 Long Beach Blvd., Long Beach, California 90806
   c. Telephone number: (562) 424-3293
   d. **The fee** for service was: $ N/A
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 18, 2022

Jeeho H. Lim
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶      (SIGNATURE)

EXHIBIT A - 19